UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUZANNA LEE AND TRINH LEE, | Case No. C-12-03108-RMW |
| Plaintiffs, | |
| vs. | **ORDER GRANTING MOTION TO DISMISS** |
| WELLS FARGO BANK, N.A.; and DOES 1 THROUGH 100 INCLUSIVE, | |
| Defendant. | [Re Docket No. 24] |

Plaintiffs filed a motion to dismiss plaintiffs' complaint without prejudice pursuant to Federal Rule of Civil Procedure 41. Dkt. No. 24. Under Rule 41, a plaintiff may voluntarily dismiss a case any time before the opposing party has served an answer or a motion for summary judgment by filing a notice of dismissal. Fed. R. Civ. P. 41(a). As defendants have not answered or moved for summary judgment, the court considers this motion a notice of dismissal and dismisses the case without prejudice.

Dated: January 8, 2013

_Ronald M. Whyte_
Ronald M. Whyte
United States District Court Judge