UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUZANNA LEE AND TRINH LEE,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; and DOES 1 THROUGH 100 INCLUSIVE,<br><br>Defendant. | Case No. C-12-03108-RMW<br><br>**ORDER GRANTING MOTION TO DISMISS**<br><br>[Re Docket No. 24] |

Plaintiffs filed a motion to dismiss plaintiffs' complaint without prejudice pursuant to Federal Rule of Civil Procedure 41. Dkt. No. 24. Under Rule 41, a plaintiff may voluntarily dismiss a case any time before the opposing party has served an answer or a motion for summary judgment by filing a notice of dismissal. Fed. R. Civ. P. 41(a). As defendants have not answered or moved for summary judgment, the court considers this motion a notice of dismissal and dismisses the case without prejudice.

Dated: January 8, 2013

*Ronald M. Whyte*
Ronald M. Whyte
United States District Court Judge